IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:15-cv-15594

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Sandra Phillips

2. Plaintiff's Spouse (if applicable)

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Georgia

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court for the Southern District of Georgia - Statesboro Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☒  A. Ethicon, Inc.

   ☒  B. Johnson & Johnson

☐     C. American Medical Systems, Inc. ("AMS")

☒     D. Boston Scientific Corporation

☐     E. C. R. Bard, Inc. ("Bard")

☐     F. Sofradim Production SAS ("Sofradim")

☐     G. Tissue Science Laboratories Limited ("TSL")

☐     H. Mentor Worldwide LLC

☐     I. Coloplast Corp.

☐     J. Cook Incorporated

☐     K. Cook Biotech, Inc.

☐     L. Cook Medical, Inc.

☐     M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐     N. Neomedic International, S.L.

☐     O. Neomedic Inc.

☐     P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

    ☒     Diversity of Citizenship

    ☐     Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 9, 10, and 11

    _____

    _____

    B. Other allegations of jurisdiction and venue:

    __N/A__

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    - ☐ Prolift
    - ☐ Prolift +M
    - ☐ Gynemesh/Gynemesh PS
    - ☐ Prosima
    - ☐ TVT
    - ☒ TVT-Obturator (TVT-O)
    - ☐ TVT-SECUR (TVT-S)
    - ☐ TVT-Exact
    - ☐ TVT-Abbrevo
    - ☒ Other

        __Boston Scientific – Advantage__

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

    - ☐ Prolift
    - ☐ Prolift +M
    - ☐ Gynemesh/Gynemesh PS
    - ☐ Prosima
    - ☐ TVT
    - ☒ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☒ Other

   Boston Scientific – Advantage

10. Date of Implantation as to Each Product:

   07/26/2006 (Ethicon – TVT-O)

   12/27/2006 (Boston Scientific – Advantage)

11. Hospital(s) where Plaintiff was implanted (including City and State):

   The Women's Surgery Center, Statesboro, GA (Ethicon – TVT-O)

   Saint Joseph's Candler Hospital, Savannah, GA (Boston Scientific – Advantage)

12. Implanting Surgeon(s):

   Dr. Sidney Washington, III (Ethicon – TVT-O)

   Dr. Joseph Stubbs, III (Boston Scientific – Advantage)

13. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I – Negligence

   ☒ Count II – Strict Liability – Manufacturing Defect

   ☒ Count III – Strict Liability – Failure to Warn

   ☒ Count IV – Strict Liability – Defective Product

   ☒ Count V – Strict Liability – Design Defect

   ☒ Count VI – Common Law Fraud

   ☒ Count VII – Fraudulent Concealment

   ☒ Count VIII – Constructive Fraud

4

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

*s/ J. Steve Mostyn*
J. Steve Mostyn
Mark Sparks
**MOSTYN LAW**
3810 West Alabama Street
Houston, TX 77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

Kurt Arnold
Jason Itkin
Noah Wexler
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEYS FOR PLAINTIFF**

5